AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00272 |
| Bence Horvath | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 8/23/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bence Horvath

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

50 U.S.C. § 4819   - Export Control Reform Act

Date: 08/23/2024

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/23/24, and the person was arrested on *(date)* 8/23/24
at *(city and state)* SAN FRANCISCO, CA

Date: 8/23/24

*Arresting officer's signature*

Michael Vo, HSI SA
*Printed name and title*